## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACK STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br><br>Defendants. | Case No. 1:24-cv-04702-JPC-SDA<br><br>CLASS ACTION |
| SIMONE BRUNOZZI, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br><br>Defendants. | Case No. 1:24-cv-05959-JPC-SDA<br><br>CLASS ACTION |

**NOTICE OF MOTION OF SIMONE BRUNOZZI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Stewart D. Aaron, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 11C, New York, New York 10007, Simone Brunozzi, by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Brunozzi as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. Brunozzi believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Mr. Brunozzi believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $5 million in losses that he incurred on his investments in UiPath, Inc. securities during the Class Period, as assessed under the U.S. Supreme Court's ruling in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 335 (2005).  Mr. Brunozzi also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

Finally, consolidation is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure because the above-captioned actions present substantially similar factual and legal issues and would further the interests of efficiency and judicial economy.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Joseph A. Fonti filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Brunozzi respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; (3) consolidate the above-captioned actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated: August 19, 2024

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Joseph A. Fonti*
Joseph A. Fonti
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com

-and-

Ross Shikowitz
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
rshikowitz@bfalaw.com

-and-

Adam C. McCall (*pro hac vice* forthcoming)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
amccall@bfalaw.com

*Counsel for Plaintiff and Proposed Lead*

2

*Plaintiff Simone Brunozzi, and Proposed Lead
Counsel for the Putative Class*

3