**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZACK STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br><br>Defendants. | Case No. 1:24-cv-04702-JPC-SDA<br><br>CLASS ACTION |
| SIMONE BRUNOZZI, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br><br>Defendants. | Case No. 1:24-cv-05959-JPC-SDA<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF THE MOTION OF SIMONE BRUNOZZI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

I, Joseph A. Fonti, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Simone Brunozzi for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:      Declaration of Mr. Brunozzi;

EXHIBIT B:      Notice of pendency of *Steiner v. UiPath, Inc.*, No. 1:24-cv-04702-JPC-SDA (S.D.N.Y.) published on June 20, 2024;

EXHIBIT C:      Notice of pendency of *Brunozzi v. UiPath, Inc.*, No. 1:24-cv-05959-JPC-SDA (S.D.N.Y.) published on August 6, 2024;

EXHIBIT D:      Certification of Mr. Brunozzi as filed with his Complaint;

EXHIBIT E:      Chart reflecting financial interest of Mr. Brunozzi prepared by BFA; and

EXHIBIT F:      Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August 2024.

*/s/ Joseph A. Fonti*
Joseph A. Fonti