# EXHIBIT A

# Declaration of Simone Brunozzi

**DECLARATION OF SIMONE BRUNOZZI**

I, Simone Brunozzi, declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in this class action, which seeks to recover on behalf of investors in the securities of UiPath, Inc. ("UiPath"), and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel. I have personal knowledge about the information in this Declaration and would testify competently thereto.

2. I reside in Venice, Italy. I am an experienced investor with significant knowledge of financial markets. I am a Co-Founder and General Partner of Rialto Ventures, which is a venture capital firm. I also have a technology and computer science background, having worked in the information technology industry for over twenty years at both large companies and startups. Earlier in my career, I served as a University Professor at Perugia University in Italy and also served in the Italian military as a software analyst with the Ministry of Defence, Airforce. During my career, I gained significant experience overseeing counsel with respect to business litigation matters as well as supervising employees and others reporting to me.

3. I am intent on prosecuting this action against all potentially culpable parties and maximizing the recovery for myself and other UiPath investors. I filed a complaint against UiPath and certain of its senior officers that expanded the definition of the Class, which I believe demonstrates my commitment to overseeing this action, protecting absent class members, and ensuring that the Class receives the best possible result.

4. As shown in the certification I submitted with my complaint as required by the Private Securities Litigation Reform Act of 1995, I made significant investments in UiPath securities and suffered large losses because of the alleged misconduct. All the investments listed in the certification were made in my own name. I have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and achieve the best possible result for UiPath investors.

Docusign Envelope ID: 15828271-C596-4D35-9133-91558DEC8E67

5.      I spoke with attorneys at BFA regarding this matter and we have been in frequent communication.  We discussed the legal claims against the defendants, the merits of the case, the significant losses I incurred and my desire to serve as Lead Plaintiff, the fiduciary responsibilities of the Lead Plaintiff to the Class, the Lead Plaintiff's obligation to select and oversee counsel, and the need to ensure that the Class's claims will be efficiently and zealously prosecuted by my proposed attorneys.

6.      I selected BFA to serve as proposed Class counsel because it has a proven track record of litigating securities class actions successfully, and I believe that the Class will be well-served by its leadership.

7.      I understand the requirements of serving as Lead Plaintiff.  I understand that my duties will include fair and adequate representation of all members of the Class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.  I intend to oversee the progress of the litigation and ensure that my lawyers vigorously and efficiently prosecute the case in a way that best serves the interests of the Class.

8.      I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including potential settlement negotiations and trial.

9.      My counsel and I have each other's contact information and either of us may call or email for a meeting at any time.  I am able and willing to convene future calls, attend in-person meetings, and communicate via email as often and regularly as necessary to ensure responsible oversight of counsel.  I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.  I am highly committed to satisfying the fiduciary responsibilities of the court-appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the Class.

Docusign Envelope ID: 15828271-C596-4D35-9133-91558DEC8E67

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___8/14/2024___.

Signed by:

Simone Brunozzi

472E8BAA5166467...

Simone Brunozzi