# EXHIBIT D

# PSLRA Certification of Simone Brunozzi

Docusign Envelope ID: D7364AE0-737A-485A-B0B2-5CBD6CCDF63F

## CERTIFICATION

I, Simone Brunozzi, hereby certify as follows:

1.      I have reviewed the Complaint against UiPath, Inc. ("UiPath") and others alleging violations of the federal securities laws and have authorized its filing.

2.      I did not purchase or sell securities of UiPath at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the UiPath securities that are the subject of the Complaint during the class period specified therein of December 1, 2023 to the close of trading on May 29, 2024, inclusive, are reflected in Schedule A, attached hereto.

5.      I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: _8/3/2024_____

Signed by:

Simone Brunozzi

472E8BAA5166467...

Simone Brunozzi

1

Docusign Envelope ID: D7364AF0-Z37A-485A-B0B2-5CBD6CCDE63F

**SCHEDULE A**
TRANSACTIONS IN
UIPATH, INC

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/01/2024 | 100,000.00 | 19.03 | ($1,903,398.00) |
| Sale | 05/23/2024 | -9,424.00 | 19.27 | $181,581.82 |

PATH 02/16/2024 $25.00 CALLS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 12/08/2023 | -1,000.00 | 1.60 | $160,000.00 |

PATH 01/17/2025 $22.50 CALLS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/01/2024 | 3,000.00 | 2.36 | ($707,589.00) |
| Purchase | 05/23/2024 | 2,000.00 | 2.36 | ($472,296.00) |
| Purchase | 05/24/2024 | 1,000.00 | 2.34 | ($234,061.00) |

PATH 01/17/2025 $30.00 CALLS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 05/01/2024 | -3,000.00 | 0.81 | $242,079.00 |

PATH 01/17/2025 $35.00 CALLS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/14/2024 | 2,000.00 | 1.81 | ($362,344.00) |

PATH 01/17/2025 $15.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 05/01/2024 | -3,000.00 | 1.25 | $376,320.00 |

PATH 01/17/2025 $17.50 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 03/14/2024 | -2,000.00 | 1.74 | $347,770.00 |
| Sale | 05/23/2024 | -2,000.00 | 1.99 | $397,086.00 |
| Sale | 05/24/2024 | -1,000.00 | 2.15 | $215,354.00 |