# EXHIBIT E

# Chart reflecting financial interest of Simone Brunozzi

Financial Interest Analysis for Simone Brunozzi

Class Period: December 1, 2023 - May 29, 2024

**LIFO / FIFO - UiPath, Inc. Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 5/1/2024 | 100,000.00 | $19.0340 | ($1,903,398.00) |
| *Total Class Period Purchases* | | 100,000.00 | | ($1,903,398.00) |
| Sale | 5/23/2024 | -9,424.00 | $19.2680 | $181,581.82 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -9,424.00 | | $181,581.82 |
| Sale [1] | 5/30/2024 | -90,576.00 | $12.0700 | $1,093,252.32 |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | -90,576.00 | | $1,093,252.32 |
| Retained Shares [2] | | 0.00 | $12.0013 | $0.00 |
| | | | **LIFO / FIFO Gain/(Loss):** | ($628,563.86) |

**LIFO / FIFO Based on Dura [3] - UiPath, Inc. Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 5/1/2024 | 9,424.00 | $19.0340 | ($179,376.23) |
| Sale | 5/23/2024 | -9,424.00 | $19.2680 | $181,581.82 |
| *Class Period Shares Purchased and Sold Prior to the Disclosure* | | 0.00 | | $2,205.59 |
| Purchase | 5/1/2024 | 90,576.00 | $19.0340 | ($1,724,021.77) |
| Sale [1] | 5/30/2024 | -90,576.00 | $12.0700 | $1,093,252.32 |
| *Class Period Purchases Retained Through the Disclosure and Matching Sales (if any)* | | 0.00 | | ($630,769.45) |
| Retained Shares [2] | | 0.00 | $12.0013 | $0.00 |
| | | | **LIFO / FIFO Gain/(Loss) Based on Dura:** | ($630,769.45) |

**LIFO / FIFO - PATH 01/19/2024 $40.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -1,000.00 | | |
| Expired | 1/19/2024 | 1,000.00 | N/A | N/A |
| *Total Contracts Expired Matching to Calls Sold (Wrote) Prior to the Class Period* | | 1,000.00 | | $0.00 |
| | | | **LIFO / FIFO Gain/(Loss):** | $0.00 |

**LIFO / FIFO Based on Dura [3] - PATH 01/19/2024 $40.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -1,000.00 | | |
| Expired | 1/19/2024 | 1,000.00 | N/A | N/A |
| *Total Contracts Expired Matching to Calls Sold (Wrote) Prior to the Class Period* | | 1,000.00 | | $0.00 |
| | | | LIFO / FIFO Gain/(Loss) Based on Dura: | $0.00 |

**LIFO / FIFO - PATH 02/16/2024 $25.00 CALLS**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 1,000.00 | | |
| Sale | 12/8/2023 | -1,000.00 | $1.6000 | $160,000.00 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | -1,000.00 | | $160,000.00 |
| | | | LIFO / FIFO Gain/(Loss): | $0.00 |

**LIFO / FIFO Based on Dura [3] - PATH 02/16/2024 $25.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 1,000.00 | | |
| Sale | 12/8/2023 | -1,000.00 | $1.6000 | $160,000.00 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | -1,000.00 | | $160,000.00 |
| | | | LIFO / FIFO Gain/(Loss) Based on Dura: | $0.00 |

**LIFO / FIFO - PATH 02/16/2024 $12.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -1,000.00 | | |
| Expired | 2/16/2024 | 1,000.00 | N/A | N/A |
| *Total Contracts Expired Matching to Puts Sold (Wrote) Prior to the Class Period* | | 1,000.00 | | $0.00 |
| | | | LIFO / FIFO Gain/(Loss): | $0.00 |

**LIFO / FIFO Based on Dura [3] - PATH 02/16/2024 $12.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -1,000.00 | | |
| Expired | 2/16/2024 | 1,000.00 | N/A | N/A |
| *Total Contracts Expired Matching to Puts Sold (Wrote) Prior to the Class Period* | | 1,000.00 | | $0.00 |
| | | | LIFO / FIFO Gain/(Loss) Based on Dura: | $0.00 |

**LIFO / FIFO - PATH 01/17/2025 $22.50 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 5/1/2024 | 3,000.00 | $2.3586 | ($707,589.00) |
| Purchase | 5/23/2024 | 2,000.00 | $2.3615 | ($472,296.00) |
| Purchase | 5/24/2024 | 1,000.00 | $2.3406 | ($234,061.00) |
| *Total Class Period Purchases* | | **6,000.00** | | **($1,413,946.00)** |
| Retained Contracts [2] | | 6,000.00 | $0.2722 | $163,320.00 |
| | | | **LIFO / FIFO Gain/(Loss):** | **($1,250,626.00)** |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $22.50 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 5/1/2024 | 3,000.00 | $2.3586 | ($707,589.00) |
| Purchase | 5/23/2024 | 2,000.00 | $2.3615 | ($472,296.00) |
| Purchase | 5/24/2024 | 1,000.00 | $2.3406 | ($234,061.00) |
| *Class Period Purchases Retained Through the Disclosure and Matching Sales (if any)* | | **6,000.00** | | **($1,413,946.00)** |
| Retained Contracts [2] | | 6,000.00 | $0.2722 | $163,320.00 |
| | | | **LIFO / FIFO Gain/(Loss) Based on Dura:** | **($1,250,626.00)** |

**LIFO / FIFO - PATH 01/17/2025 $30.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 3,000.00 | | |
| Sale | 5/1/2024 | -3,000.00 | $0.8069 | $242,079.00 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | **-3,000.00** | | **$242,079.00** |
| | | | **LIFO / FIFO Gain/(Loss):** | **$0.00** |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $30.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 3,000.00 | | |
| Sale | 5/1/2024 | -3,000.00 | $0.8069 | $242,079.00 |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | **-3,000.00** | | **$242,079.00** |
| | | | **LIFO / FIFO Gain/(Loss) Based on Dura:** | **$0.00** |

**LIFO / FIFO - PATH 01/17/2025 $35.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 3/14/2024 | 2,000.00 | $1.8117 | ($362,344.00) |
| *Total Class Period Purchases* | | 2,000.00 | | ($362,344.00) |
| Retained Contracts [2] | | 2,000.00 | $0.0524 | $10,488.89 |
| | | | LIFO / FIFO Gain/(Loss): | ($351,855.11) |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $35.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Purchase | 3/14/2024 | 2,000.00 | $1.8117 | ($362,344.00) |
| *Class Period Purchases Retained Through the Disclosure and Matching Sales (if any)* | | 2,000.00 | | ($362,344.00) |
| Retained Contracts [2] | | 2,000.00 | $0.0524 | $10,488.89 |
| | | | LIFO / FIFO Gain/(Loss) Based on Dura: | ($351,855.11) |

**LIFO / FIFO - PATH 01/17/2025 $37.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -3,000.00 | | |
| Retained Contracts [2] | | -3,000.00 | $0.0485 | ($14,560.98) |
| | | | LIFO / FIFO Gain/(Loss): | $0.00 |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $37.00 Calls**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -3,000.00 | | |
| Retained Contracts [2] | | -3,000.00 | $0.0485 | ($14,560.98) |
| | | | LIFO / FIFO Gain/(Loss) Based on Dura: | $0.00 |

**LIFO / FIFO - PATH 01/17/2024 $12.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -3,000.00 | | |
| Purchase [5] | 5/30/2024 | 3,000.00 | $2.1875 | ($656,259.00) |
| | | | LIFO / FIFO Gain/(Loss): | $0.00 |

**LIFO / FIFO Based on Dura [3]  - PATH 01/17/2024 $12.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | -3,000.00 | | |
| Purchase [5] | 5/30/2024 | 3,000.00 | $2.1875 | ($656,259.00) |
| LIFO / FIFO Gain/(Loss) Based on Dura: | | | | $0.00 |

**LIFO / FIFO - PATH 01/17/2025 $15.00 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Sale | 5/1/2024 | -3,000.00 | $1.2544 | $376,320.00 |
| *Total Class Period Put Options Sold (Wrote)* | | -3,000.00 | | $376,320.00 |
| Retained Contracts [2] | | -3,000.00 | $3.8903 | ($1,167,083.33) |
| LIFO / FIFO Gain/(Loss): | | | | ($790,763.33) |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $15.00 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Sale | 5/1/2024 | -3,000.00 | $1.2544 | $376,320.00 |
| *Class Period Put Options Sold (Wrote) and Retained Through the Disclosure and Matching Purchases (if any)* | | -3,000.00 | | $376,320.00 |
| Retained Contracts [2] | | -3,000.00 | $3.8903 | ($1,167,083.33) |
| LIFO / FIFO Gain/(Loss) Based on Dura: | | | | ($790,763.33) |

**LIFO / FIFO - PATH 01/17/2025 $17.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Sale | 3/14/2024 | -2,000.00 | $1.7389 | $347,770.00 |
| Sale | 5/23/2024 | -2,000.00 | $1.9854 | $397,086.00 |
| Sale | 5/24/2024 | -1,000.00 | $2.1535 | $215,354.00 |
| *Total Class Period Put Options Sold (Wrote)* | | -5,000.00 | | $960,210.00 |
| Retained Contracts [2] | | -5,000.00 | $5.9638 | ($2,981,875.00) |
| LIFO / FIFO Gain/(Loss): | | | | ($2,021,665.00) |

**LIFO / FIFO Based on Dura [3] - PATH 01/17/2025 $17.50 Puts**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds [4] |
|---|---|---|---|---|
| Pre-Class Period Position | 12/1/2023 | 0.00 | | |
| Sale | 3/14/2024 | -2,000.00 | $1.7389 | $347,770.00 |
| Sale | 5/23/2024 | -2,000.00 | $1.9854 | $397,086.00 |
| Sale | 5/24/2024 | -1,000.00 | $2.1535 | $215,354.00 |
| *Class Period Put Options Sold (Wrote) and Retained Through the Disclosure and Matching Purchases (if any)* | | -5,000.00 | | $960,210.00 |
| Retained Contracts [2] | | -5,000.00 | $5.9638 | ($2,981,875.00) |
| | | LIFO / FIFO Gain/(Loss) Based on Dura: | | ($2,021,665.00) |

| | |
|---|---|
| Total LIFO / FIFO Gain/(Loss) - UiPath Common Stock: | ($628,563.86) |
| Total Combined LIFO/FIFO Gain/(Loss) - UiPath Options: | ($4,414,909.44) |
| Total Combined LIFO / FIFO Gain/(Loss) - UiPath Securities | ($5,043,473.30) |

| | |
|---|---|
| Total LIFO / FIFO Gain/(Loss) Based on Dura - UiPath Common Stock: | ($630,769.45) |
| Total Combined LIFO/FIFO Gain/(Loss) Based on Dura - UiPath Options: | ($4,414,909.44) |
| Total Combined LIFO / FIFO Gain/(Loss) Based on Dura - UiPath Securities | ($5,045,678.90) |

[1] *Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*

[2] *Retained shares or option contracts are valued at the average price from 5/30/2024 to 8/19/2024.*

[3] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosure, proceeds of sales matched to purchases held through the Disclosure (if any), and the value of retained shares or options based on the 90-day look back average (if any). The pled disclosure occurred on 5/29/2024, after the markets closed (the "Disclosure").*

[4] *Cost and proceeds amounts for options contracts are the product of the number of contracts multiplied by the price per contract multiplied by 100 since one option contract is equal to 100 shares.*

[5] *Purchase occurred after the Class Period to close a position that was sold (wrote) prior to the Class Period.*