**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZACK STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br>          Defendants. | Case No.: 1:24-cv-04702-JPC-SDA<br><br>Hon. John P. Cronan<br><br>Hon. Stewart D. Aaron |
| SIMONE BRUNOZZI, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br>          Defendants. | Case No.: 1:24-cv-05959-JPC-SDA<br><br>Hon. John P. Cronan<br><br>Hon. Stewart D. Aaron |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF VISHAL MISRI'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Vishal Misri ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of

UiPath, Inc. ("UiPath" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his

transactions in UiPath securities;

**Exhibit C**:    Press Release published June 20, 2024, on *Globe Newswire,* announcing the

pendency of the first-filed securities class action against defendants herein:

*Steiner v. UiPath, Inc., et. al.,* Case No. 1:24-cv-04702-JPC-SDA; and

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: August 19, 2024                          Respectfully Submitted,


**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Vishal Misri and*
*[Proposed] Lead Counsel for the Class*


2