# EXHIBIT B

| Client Name | Vishal Misri |
|---|---|
| Company Name | UiPath, Inc. |
| Ticker Symbol | PATH |
| Security Type | |
| Class Period Start | 12-01-2023 |
| Class Period End | 05-29-2024 |
| 90-DAY Lookback Period Start | 05-30-2024 |
| 90-DAY Lookback Period End | 08-19-2024 |
| 90-DAY Lookback Average | $12.00 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 138,983.85 |
| DURA LIFO* Total | $ 98,822.86 |
| Gross Shares Purchased | 71,001 |
| Net Shares Retained | 2,000 |
| Net Funds Expended | $40,630.99 |

### Vishal Misri- Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-04-2023 | 1 | 24.99 | $ 24.99 | 12-13-2023 | 1 | | $ 23.30 | $ 23.30 | - | | - | - | $12.00 | | $ 01.69 | |
| 12-06-2023 | 5000 | 23.5 | $ 117,500.00 | 12-13-2023 | 5000 | | $ 23.30 | $ 116,500.00 | - | | - | - | $12.00 | | $ 1,000.00 | |
| 12-06-2023 | 10000 | 23.25 | $ 232,500.00 | 12-13-2023 | 10000 | | $ 23.30 | $ 233,000.00 | - | | - | - | $12.00 | | -$ 500.00 | -$ 500.00 |
| 12-29-2023 | 5600 | 24.8 | $ 138,880.00 | 01-02-2024 | 5600 | | $ 23.94 | $ 134,064.00 | - | | - | - | $12.00 | | $ 4,816.00 | |
| 12-29-2023 | 2967 | 24.8 | $ 73,581.60 | 01-02-2024 | 2967 | | $ 23.95 | $ 71,059.65 | - | | - | - | $12.00 | | $ 2,521.95 | |
| 12-29-2023 | 1000 | 24.8 | $ 24,800.00 | 01-02-2024 | 1000 | | $ 23.95 | $ 23,950.00 | - | | - | - | $12.00 | | $ 850.00 | |
| 12-29-2023 | 233 | 24.8 | $ 5,778.40 | 01-02-2024 | 233 | | $ 23.96 | $ 5,582.68 | - | | - | - | $12.00 | | $ 195.72 | |
| 12-29-2023 | 200 | 24.8 | $ 4,960.00 | 01-02-2024 | 200 | | $ 23.95 | $ 4,790.00 | - | | - | - | $12.00 | | $ 170.00 | |
| 01-02-2024 | 5000 | 24 | $ 120,000.00 | 01-03-2024 | 5000 | | $ 23.26 | $ 116,300.00 | - | | - | - | $12.00 | | $ 3,700.00 | |
| 01-02-2024 | 5000 | 24 | $ 120,000.00 | 02-09-2024 | 5000 | | $ 26.52 | $ 132,600.00 | - | | - | - | $12.00 | | -$ 12,600.00 | -$ 12,600.00 |
| 03-05-2024 | 1000 | 22.25 | $ 22,250.00 | 03-13-2024 | 1000 | | $ 26.50 | $ 26,500.00 | - | | - | - | $12.00 | | -$ 4,250.00 | -$ 4,250.00 |
| 03-05-2024 | 3200 | 22.25 | $ 71,200.00 | 03-13-2024 | 3200 | | $ 26.50 | $ 84,800.00 | - | | - | - | $12.00 | | -$ 13,600.00 | -$ 13,600.00 |
| 03-05-2024 | 500 | 22.25 | $ 11,125.00 | 03-13-2024 | 500 | | $ 26.50 | $ 13,250.00 | - | | - | - | $12.00 | | -$ 2,125.00 | -$ 2,125.00 |
| 03-05-2024 | 200 | 22.25 | $ 4,450.00 | 03-13-2024 | 200 | | $ 26.50 | $ 5,300.00 | - | | - | - | $12.00 | | -$ 850.00 | -$ 850.00 |
| 03-05-2024 | 100 | 22.25 | $ 2,225.00 | 03-13-2024 | 100 | | $ 26.50 | $ 2,650.00 | - | | - | - | $12.00 | | -$ 425.00 | -$ 425.00 |
| 03-08-2024 | 1000 | 23.6 | $ 23,600.00 | 03-13-2024 | 1000 | | $ 26.50 | $ 26,500.00 | - | | - | - | $12.00 | | -$ 2,900.00 | -$ 2,900.00 |
| 03-12-2024 | 4000 | 23.75 | $ 95,000.00 | 03-13-2024 | 4000 | | $ 26.50 | $ 106,000.00 | - | | - | - | $12.00 | | -$ 11,000.00 | -$ 11,000.00 |
| 03-13-2024 | 1000 | 24.6 | $ 24,600.00 | | | | | | - | | 1000 | 1000 | $12.00 | $ 12,001.43 | $ 12,598.57 | $ 12,598.57 |
| 03-13-2024 | 1000 | 24.49 | $ 24,490.00 | | | | | | - | | 1000 | 1000 | $12.00 | $ 12,001.43 | $ 12,488.57 | $ 12,488.57 |
| 03-13-2024 | 2000 | 24.5 | $ 49,000.00 | | | | | | - | | 2000 | 2000 | $12.00 | $ 24,002.86 | $ 24,997.14 | $ 24,997.14 |
| 03-13-2024 | 5000 | 26 | $ 130,000.00 | | | | | | - | | 5000 | 5000 | $12.00 | $ 60,007.14 | $ 69,992.86 | $ 69,992.86 |
| 03-13-2024 | 16 | 25.6 | $ 409.60 | 03-18-2024 | 16 | | $ 23.05 | $ 368.80 | - | | - | - | $12.00 | | $ 40.80 | |
| 03-13-2024 | 1267 | 25.6 | $ 32,435.20 | 03-18-2024 | 1267 | | $ 23.05 | $ 29,204.35 | - | | - | - | $12.00 | | $ 3,230.85 | |
| 03-13-2024 | 100 | 25.6 | $ 2,560.00 | 03-18-2024 | 100 | | $ 23.07 | $ 2,307.00 | - | | - | - | $12.00 | | $ 253.00 | |
| 03-13-2024 | 100 | 25.6 | $ 2,560.00 | 03-18-2024 | 100 | | $ 23.06 | $ 2,306.00 | - | | - | - | $12.00 | | $ 254.00 | |
| 03-13-2024 | 100 | 25.6 | $ 2,560.00 | 03-18-2024 | 100 | | $ 23.06 | $ 2,306.00 | - | | - | - | $12.00 | | $ 254.00 | |
| 03-13-2024 | 96 | 25.6 | $ 2,457.60 | 03-18-2024 | 96 | | $ 23.06 | $ 2,213.76 | - | | - | - | $12.00 | | $ 243.84 | |
| 03-13-2024 | 20 | 25.6 | $ 512.00 | 03-18-2024 | 20 | | $ 23.07 | $ 461.40 | - | | - | - | $12.00 | | $ 50.60 | |
| 03-13-2024 | 1 | 25.6 | $ 25.60 | 03-18-2024 | 1 | | $ 23.06 | $ 23.06 | - | | - | - | $12.00 | | $ 02.54 | |
| 03-13-2024 | 450 | 25.6 | $ 11,520.00 | 03-19-2024 | 450 | | $ 23.10 | $ 10,395.00 | - | | - | - | $12.00 | | $ 1,125.00 | |
| 03-13-2024 | 150 | 25.6 | $ 3,840.00 | 03-19-2024 | 150 | | $ 23.12 | $ 3,468.00 | - | | - | - | $12.00 | | $ 372.00 | |
| 03-13-2024 | 700 | 25.6 | $ 17,920.00 | 03-27-2024 | 700 | | $ 22.53 | $ 15,771.00 | - | | - | - | $12.00 | | $ 2,149.00 | |
| 03-13-2024 | 1000 | 25.6 | $ 25,600.00 | 04-05-2024 | 1000 | | $ 21.17 | $ 21,170.00 | - | | - | - | $12.00 | | $ 4,430.00 | |
| 03-13-2024 | 1000 | 25.6 | $ 25,600.00 | | | | | | - | | 1000 | 1000 | $12.00 | $ 12,001.43 | $ 13,598.57 | $ 13,598.57 |
| 03-13-2024 | 10000 | 24.5 | $ 245,000.00 | 03-18-2024 | 10000 | | $ 23.05 | $ 230,500.00 | - | | - | - | $12.00 | | $ 14,500.00 | |
| 05-28-2024 | 2000 | 18.7 | $ 37,400.00 | | | | | | - | | 2000 | 2000 | $12.00 | $ 24,002.86 | $ 13,397.14 | $ 13,397.14 |
| Matched against pre class period holdings | | | | 12-01-2023 | 3000 | | $ 24.79 | $ 74,370.00 | - | | - | - | $12.00 | | | |
| Matched against pre class period holdings | | | | 12-04-2023 | 7000 | | $ 24.00 | $ 168,000.00 | - | | - | - | $12.00 | | | |
| **Total:** | **71,001** | | **$ 1,706,364.99** | | **69001** | | | **$ 1,665,734.00** | | | **12000** | **12000** | | **$144,017.14** | **$ 138,983.85** | **$ 98,822.86** |

| Client Name | Vishal Misri |
|---|---|
| Company Name | UiPath, Inc. |
| Ticker Symbol | PATH |
| Security Type | |
| Class Period Start | 12-01-2023 |
| Class Period End | 05-29-2024 |
| 90-DAY Lookback Period Start | 05-30-2024 |
| 90-DAY Lookback Period End | 08-19-2024 |
| 90-DAY Lookback Average | $12.00 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | -$ 2,878.00 |
| DURA LIFO* Total | -$ 2,878.00 |
| Gross Shares Short Sold | 2,000 |
| Net Shares Retained | 0 |
| Net Funds Expended | -$2,878.00 |

### Vishal Misri- Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Short Sold During the CP | Price Per Share | Total Cost | Trade Date | Shares Bought to Cover During the CP | Shares Bought to Cover During the LBP1 | Price Per Share2 | Proceeds from CP Buy To Cover(s) | Proceeds from LBP Buy to Cover(s) | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-09-2024 | 1500 | 26.28 | $ 39,420.00 | 02-13-2024 | 1500 | | $ 25.15 | $ 37,725.00 | - | | - | - | $12.00 | | -$ 1,695.00 | -$ 1,695.00 |
| 02-12-2024 | 300 | 27.52 | $ 8,256.00 | 02-13-2024 | 300 | | $ 25.15 | $ 7,545.00 | - | | - | - | $12.00 | | -$ 711.00 | -$ 711.00 |

| 02-12-2024 | 200 | 27.51 | $5,502.00 | 02-13-2024 | 200 | 25.15 | $5,030.00 | | | $12.00 | | | -$472.00 | -$472.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total:** | **2,000** | | **$53,178.00** | | **2,000** | | **$50,300.00** | | | | | | **-$2,878.00** | **-$2,878.00** |

| Client Name | Vishal Misri |
|---|---|
| Company Name | UiPath, Inc. |
| Ticker Symbol | PATH |
| Security Type | |
| Class Period Start | 12-01-2023 |
| Class Period End | 05-29-2024 |
| 90-DAY Lookback Period Start | 05-30-2024 |
| 90-DAY Lookback Period End | 08-19-2024 |
| 90-DAY Lookback Average | $12.00 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | -$1,016.39 |
| DURA LIFO* Total | -$1,211.39 |
| Gross Shares Short Sold | 4,000 |
| Net Shares Retained | 0 |
| Net Funds Expended | -$1,016.39 |

### Vishal Misri- Account 3

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Short Sold During the CP | Price Per Share | Total Cost | Trade Date | Shares Bought to Cover During the CP | Shares Bought to Cover During the LBP1 | Price Per Share2 | Proceeds from CP Buy To Cover(s) | Proceeds from LBP Buy to Cover(s) | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-14-2023 | 500 | 24.99 | $12,495.00 | 12-21-2023 | 500 | | $25.38 | $12,690.00 | - | - | - | $12.00 | | $195.00 | |
| 12-15-2023 | 750 | 25.47 | $19,102.50 | 12-21-2023 | 750 | | $25.38 | $19,035.00 | - | - | - | $12.00 | | -$67.50 | -$67.50 |
| 12-15-2023 | 500 | 25.46 | $12,730.00 | 12-21-2023 | 500 | | $25.38 | $12,690.00 | - | - | - | $12.00 | | -$40.00 | -$40.00 |
| 12-15-2023 | 250 | 25.85 | $6,462.50 | 12-21-2023 | 250 | | $25.38 | $6,345.00 | - | - | - | $12.00 | | -$117.50 | -$117.50 |
| 12-15-2023 | 39 | 25.75 | $1,004.25 | 12-21-2023 | 39 | | $25.34 | $988.26 | - | - | - | $12.00 | | -$15.99 | -$15.99 |
| 12-15-2023 | 211 | 25.75 | $5,433.25 | 12-21-2023 | 211 | | $25.38 | $5,355.18 | - | - | - | $12.00 | | -$78.07 | -$78.07 |
| 12-15-2023 | 185 | 25.56 | $4,728.60 | 12-21-2023 | 185 | | $25.34 | $4,687.90 | - | - | - | $12.00 | | -$40.70 | -$40.70 |
| 12-15-2023 | 65 | 25.55 | $1,660.75 | 12-21-2023 | 65 | | $25.34 | $1,647.10 | - | - | - | $12.00 | | -$13.65 | -$13.65 |
| 12-18-2023 | 500 | 25.82 | $12,910.00 | 12-21-2023 | 500 | | $25.34 | $12,670.00 | - | - | - | $12.00 | | -$240.00 | -$240.00 |
| 12-19-2023 | 1 | 25.94 | $25.94 | 12-21-2023 | 1 | | $25.36 | $25.36 | - | - | - | $12.00 | | -$00.58 | -$00.58 |
| 12-19-2023 | 200 | 25.94 | $5,188.00 | 12-21-2023 | 200 | | $25.32 | $5,064.00 | - | - | - | $12.00 | | -$124.00 | -$124.00 |
| 12-19-2023 | 600 | 25.94 | $15,564.00 | 12-21-2023 | 600 | | $25.35 | $15,210.00 | - | - | - | $12.00 | | -$354.00 | -$354.00 |
| 12-19-2023 | 199 | 25.94 | $5,162.06 | 12-21-2023 | 199 | | $25.34 | $5,042.66 | - | - | - | $12.00 | | -$119.40 | -$119.40 |
| **Total:** | **4,000** | | **$102,466.85** | | **4,000** | | | **$101,450.46** | | | | | | **-$1,016.39** | **-$1,211.39** |

| Client Name | Vishal Misri |
|---|---|
| Company Name | UiPath, Inc. |
| Ticker Symbol | PATH |
| Security Type | |
| Class Period Start | 12-01-2023 |
| Class Period End | 05-29-2024 |
| 90-DAY Lookback Period Start | 05-30-2024 |
| 90-DAY Lookback Period End | 08-19-2024 |
| 90-DAY Lookback Average | $12.00 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $285,795.49 |
| DURA LIFO* Total | $272,859.18 |
| Gross Shares Purchased | 34,110 |
| Net Shares Retained | 12,100 |
| Net Funds Expended | $308,847.06 |

### Vishal Misri- Account 4

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-06-2023 | 4900 | 23.51 | $115,199.00 | 12-13-2023 | 4900 | | $23.32 | $114,268.00 | - | - | - | $12.00 | | $931.00 | |
| 12-06-2023 | 100 | 23.51 | $2,351.00 | 12-13-2023 | 100 | | $23.40 | $2,340.00 | - | - | - | $12.00 | | $11.00 | |
| 12-07-2023 | 1000 | 22.79 | $22,790.00 | 12-13-2023 | 1000 | | $23.32 | $23,320.00 | - | - | - | $12.00 | | -$530.00 | -$530.00 |
| 12-07-2023 | 1000 | 22.64 | $22,640.00 | 12-13-2023 | 1000 | | $23.32 | $23,320.00 | - | - | - | $12.00 | | -$680.00 | -$680.00 |
| 03-05-2024 | 10 | 22.3 | $223.00 | | | | | | - | 10 | 10 | $12.00 | $120.01 | $102.99 | $102.99 |
| 03-14-2024 | 2000 | 24.37 | $48,740.00 | | | | | | - | 2000 | 2000 | $12.00 | $24,002.86 | $24,737.14 | $24,737.14 |
| 03-14-2024 | 5000 | 24.88 | $124,400.00 | | | | | | - | 5000 | 5000 | $12.00 | $60,007.14 | $64,392.86 | $64,392.86 |
| 03-14-2024 | 8000 | 24.7 | $197,600.00 | | | | | | - | 8000 | 8000 | $12.00 | $96,011.43 | $101,588.57 | $101,588.57 |
| 03-14-2024 | 1000 | 24.88 | $24,880.00 | 03-19-2024 | 1000 | | $23.14 | $23,140.00 | - | - | - | $12.00 | | $1,740.00 | |
| 03-14-2024 | 175 | 24.88 | $4,354.00 | 03-19-2024 | 175 | | $23.14 | $4,049.50 | - | - | - | $12.00 | | $304.50 | |
| 03-14-2024 | 1480 | 24.88 | $36,822.40 | 03-21-2024 | 1480 | | $23.64 | $34,987.20 | - | - | - | $12.00 | | $1,835.20 | |
| 03-14-2024 | 252 | 24.88 | $6,269.76 | 03-21-2024 | 252 | | $23.64 | $5,957.28 | - | - | - | $12.00 | | $312.48 | |
| 03-14-2024 | 1103 | 24.88 | $27,442.64 | 04-05-2024 | 1103 | | $21.17 | $23,350.51 | - | - | - | $12.00 | | $4,092.13 | |
| 03-14-2024 | 1000 | 24.88 | $24,880.00 | 04-05-2024 | 1000 | | $21.17 | $21,170.00 | - | - | - | $12.00 | | $3,710.00 | |
| 03-14-2024 | 4990 | 24.88 | $124,151.20 | | | | | | - | 4990 | 4990 | $12.00 | $59,887.13 | $64,264.07 | $64,264.07 |
| 04-10-2024 | 2000 | 21.12 | $42,240.00 | | | | | | - | 2000 | 2000 | $12.00 | $24,002.86 | $18,237.14 | $18,237.14 |
| 04-18-2024 | 5 | 19 | $95.00 | | | | | | - | 5 | 5 | $12.00 | $60.01 | $34.99 | $34.99 |
| 04-23-2024 | 95 | 19.49 | $1,851.55 | | | | | | - | 95 | 95 | $12.00 | $1,140.14 | $711.41 | $711.41 |
| Matched against pre class period holdings | | | | 12-01-2023 | 2300 | | $24.75 | $56,925.00 | - | - | - | $12.00 | | | |
| Matched against pre class period holdings | | | | 12-01-2023 | 700 | | $24.75 | $17,325.00 | - | - | - | $12.00 | | | |
| Matched against pre class period holdings | | | | 12-04-2023 | 7000 | | $23.99 | $167,930.00 | - | - | - | $12.00 | | | |
| **Total:** | **34110** | | **$826,929.55** | | **22010** | | | **$518,082.49** | | **22100** | **22100** | | **$265,231.57** | **$285,795.49** | **$272,859.18** |

SUMMARY OF FINANCIAL INTEREST - ALL ACCTS

| | |
|---|---|
| LIFO Loss Total | $ 420,884.95 |
| DURALIFO* Total | $ 367,592.65 |
| Gross Shares Purchased | 111,111 |
| Gross Shares Short Sold | 6000 |
| Net Shares Retained | 14,100 |
| Net Funds Expended | $345,583.66 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.