**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE UIPATH SECURITIES LITIGATION | Case No. 1:24-cv-04702<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF GEORGE N. BAUER**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO**
<u>**DISMISS THE SECOND AMENDED COMPLAINT**</u>

I, George N. Bauer, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Simone Brunozzi and Named Plaintiff Scott Cheslowitz, and Lead Counsel for the Putative Class.  I am a member in good standing of the bar of the state of New York and of this Court.

2.      I submit this declaration to provide the Court with two documents cited in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

3.      Attached as **Exhibit 1** is a true and correct copy of the quarterly report that UiPath, Inc. ("UiPath") filed with the SEC on Form 10-Q on September 6, 2024 for the second quarter of 2024.[1]  It is publicly available on the SEC's website at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001734722/000173472224000051/path-20240731.htm.

---

[1] UiPath's fiscal year ends on January 31.  UiPath's Fiscal Year 2024, for example, ended on January 31, 2024.

2

4.      Attached as **Exhibit 2** is a true and correct copy of the quarterly report that UiPath filed with the SEC on Form 10-Q on June 3, 2024 for the first quarter of 2024.  It is publicly available on the SEC's website at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001734722/000173472224000039/path-20240430.htm.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 11, 2025 in New York, New York.

Dated: December 11, 2025

                                        /s/ George N. Bauer

                                        George N. Bauer