

George N. Bauer
(212) 789-1340 Direct
(212) 205-3960 Fax
gbauer@bfalaw.com

December 11, 2025

**VIA ECF**

Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re:      *In re UiPath Securities Litigation*, 1:24-cv-04702 (JPC) (SDA)

Dear Judge Cronan:

We are Counsel for Lead Plaintiff Simone Brunozzi and Named Plaintiff Scott Cheslowitz ("Plaintiffs") and Lead Counsel for the Putative Class, in the above-referenced action.

Pursuant to Rule 6(C) of the Court's Individual Rules and Practices in Civil Cases, we write on behalf of Plaintiffs to request oral argument, on a date and at a time designated by the Court, on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 43).  Plaintiffs filed an Opposition to Defendants' Motion to Dismiss today (Dkt. No. 45).  Per the Court's so-ordered schedule (Dkt. No. 40), Defendants' reply is due on January 22, 2026.

Thank you for your consideration.

Respectfully submitted,

*/s/ George N. Bauer*
George N. Bauer

cc:  All counsel of record via ECF