UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE UIPATH, INC. SECURITIES LITIGATION

24 Civ. 4702 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 28, 2026, the Court granted Defendants' motion to dismiss the Second Amended Complaint with prejudice. Dkt 50. The Private Securities Litigation Reform Act of 1995 requires that "upon final adjudication of the action, the court shall include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion." 15 U.S.C. § 78u-4(c)(1). The Court finds that all legal claims and defenses presented throughout this litigation were nonfrivolous under existing law and all factual contentions had evidentiary support or were reasonably based on belief or a lack of information, and concludes that no sanctions under Rule 11 are warranted.

SO ORDERED.

Dated: September 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge