**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE UIPATH, INC. SECURITIES LITIGATION

24 **CIVIL** 4702 (JPC)

**JUDGMENT**

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2026, Defendants' motion to dismiss is granted, and the Second Amended Complaint is dismissed with prejudice. Because the Court is able to resolve Defendants' motion without the need for oral argument, Plaintiff's request for argument is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**